# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE<br><br>**GRAND JURY INVESTIGATION** | Mag. J. No. 19-133-N<br>FILED UNDER SEAL |

## MOTION TO SUBSTITUTE REDACTED COPIES
## OF APPLICATION FOR EX PARTE ORDER AND RELATED DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to allow for the substitution of redacted copies of the application for an ex parte order and related documents in the instant matter, and as grounds therefor says the following:

Law enforcement agents are currently investigating the individuals suspected of alleged criminal activities. A summary of the investigation is referenced therein. This investigation is neither public nor known to the targets suspected of the criminal activities to which it relates, and its disclosure may alert the target to the ongoing investigation. Public disclosure of the fact of the application and search warrant contained therein could result in the destruction of other evidence or a disruption of patterns of behavior and practices relevant to the investigation, or threats to persons suspected of giving information or cooperating in the case. Accordingly, there is reason to believe that public access to information in the documents identified above would seriously jeopardize the investigation. In addition to the matters mentioned above, public disclosure would give the targets an opportunity to flee to avoid prosecution, or to destroy or

tamper with other evidence. The United States therefore requests the opportunity to substitute redacted copies after the Court enters the Order in this matter.

WHEREFORE, the United States moves the Court to allow for the substitution of redacted copies of the ex parte application and the accompanying documents herein.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:  s/ Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Facsimile: (251) 441-5277